```
                                              FILED
                                           APR - 6 2006
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA        NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT
```

OBIDIMKPA U. IKEZUAGU, )
3416 Park Place, NW )
Washington, D.C. 20010 )
 )
    Plaintiff, )
 )
v. ) Civil No. \_\_\_06 0634\_\_\_
 )
BANK OF AMERICA, N.A., )
101 South Tryon Street )
Charlotte, North Carolina 28255 )
 )
    Defendant. )

## LOCAL RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned counsel of record for defendant Bank of America, N.A. ("Defendant" or the "Bank"), certify that to the best of my knowledge and belief, the Bank is a wholly owned subsidiary of its parent corporation, Bank of America Corporation, which is a publicly held corporation with outstanding securities in the hands of the public and whose stock is listed on the New York Stock Exchange under the symbol BAC.

                                              BANK OF AMERICA, N.A.

                                              By: _____
                                                         Of Counsel

Mary Catherine Zinsner, DC Bar No. 430091
Tameka M. Collier, DC Bar No. 488979
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2006, a true and accurate copy of the foregoing Local Rule 7.1 Disclosure of Corporate Affiliations and Financial Interests was served by first class mail, postage prepaid to:

> Obidimkpa U. Ikezuagu, *Pro Se*
> 3416 Park Place, NW
> Washington, D.C. 20010

_____