IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBIDIMKPA U. IKEZUAGU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06cv00634 (GK) |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |

## BANK OF AMERICA, N.A.'S MOTION TO DISMISS

Defendant Bank of America, N.A. ("Defendant" or the "Bank"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint filed by Plaintiff Obidimkpa U. Ikezuagu ("Plaintiff). In support of this motion, the Bank states as follows:

1. Plaintiff's claims for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* fail because Plaintiff does not have standing to bring a claim pursuant to 15 U.S.C. § 1681s-2(a), and because Plaintiff failed to allege that the Bank received notice of his dispute from the credit reporting agencies which is a perquisite for liability pursuant to 15 U.S.C. § 1681s-2(b).

2. Plaintiff's claim for defamation is barred by the statute of limitations, preempted by 15 U.S.C. § 1681h (e), and protected by a qualified privilege.

3. Plaintiff's claim for negligence is preempted by 15 U.S.C. § 1681h(e).

4. Plaintiff's claim for "Loss of Opportunity" fails because there exists no such cause of action. Assuming a cause of action for "Loss of Opportunity" did exist, it would be preempted by 15 U.S.C. § 1681h(e).

In further support of this motion, the Bank relies on its supporting memorandum filed contemporaneously with this motion.

WHEREFORE, the Bank requests that Plaintiff's Complaint should be dismissed with prejudice and the Bank awarded its costs and fees, and any other relief the Court deems appropriate .

BANK OF AMERICA, N.A.

By: /s/ Tameka M. Collier
Of Counsel

Mary Catherine Zinsner, DC Bar No. 430091
Tameka M. Collier, DC Bar No. 488979
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

*Counsel for Bank of America, N.A.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April 2006, a true and accurate copy of the foregoing document was served by first class mail, postage prepaid to:

Obidimkpa U. Ikezuagu, *Pro Se*
3416 Park Place, NW
Washington, D.C. 20010

/s/ Tameka M. Collier

#285165v1