# EXHIBIT B

LEXSEE 2001 U.S. DIST. LEXIS 24357 (W.D. PA. 2001)

LORENA M. FINO, PLAINTIFF VS. KEY BANK OF NEW YORK; EXPERIAN; EQUIFAX CREDIT INFORMATION SERVICE and TRANS UNION CORPORATION, DEFENDANT

C.A. No. 00-375 ERIE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2001 U.S. Dist. LEXIS 24357

October 30, 2001, Decided
October 30, 2001, Filed

**PRIOR HISTORY:** Fino v. Key Bank, 2001 U.S. Dist. LEXIS 24358 (W.D. Pa. July 27, 2001).

**DISPOSITION:** [*1] Magistrate judge's report and recommendation adopted.

**COUNSEL:** For LORENA M. FINO, plaintiff: Lawrence C. Bolla, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc., Erie, PA.

For KEY BANK OF NEW YORK, defendant: Timothy J. Downing, Esq., Ulmer & Berne, Cleveland, OH.

For EXPERIAN, defendant: John M. McIntyre, Jones, Day, Reavis & Pogue, Pittsburgh, PA.

For TRANS UNION CORPORATION, defendant: Bruce S. Luckman, Marion, Satzberg, Trichon, Kogan & Wertheimer, Philadelphia, PA.

For TRANS UNION CORPORATION, defendant: Matthew M. Pavlovich, Welch, Gold & Siegel, Pittsburgh, PA.

**JUDGES:** Sean J. McLaughlin, United States District Court.

**OPINIONBY:** Sean J. McLaughlin

**OPINION:**

### MEMORANDUM ORDER

On December 17, 2000, this case was referred to United States Magistrate Judge Francis X. Caiazza for pre-trial proceedings in accordance with the Magistrate's Act 28 U.S.C. § 636(b)(1)(A) and (B) and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On July 27, 2001, the magistrate judge issued a Report and Recommendation [Doc. No. 29] recommending that the District Court *sua sponte* dismiss under Federal Rule 12(b)(6) the Plaintiff's claims against the Defendant [*2] Key Bank National Association ("Key Bank") and deny as moot Key Bak's Motion to Dismiss [Doc. No. 25].

The parties were allowed twenty (20) days from the date of service to file objections. n1 Service was made on all parties and objections were filed by the Plaintiff and by Key Bank.

---

n1 The Magistrate Judge extended the objections period by ten (10) days to insure that the parties were afforded sufficient notice and an opportunity to respond to the recommended *sua sponte* dismissal. See Report and Recommendation at 17-18.

---

Having reviewed the Plaintiff's objections, the Court concludes that they, in large measure, re-state arguments previously and properly rejected by the Magistrate Judge in his Report and Recommendation.

In Key Bank's "limited objection", the Defendant takes issue with the Magistrate Judge's conclusion that the recommended dismissal should be made *sua sponte*. See Doc. 32 at 4. Counsel asserts that "the Magistrate Judge's reason for dismissing the Complaint are the same as those [*3] offered by Key Bank in its Motion to Dismiss." *See Id.* (Internal quotations omitted). Having carefully reviewed the matter, the Court is of the opinion that Key Bank's analysis of 15 U.S.C. § 1681s-2(a)(2) relative to the issue of standing is sufficiently similar to the Magistrate Judge's analysis so as to render inappropriate

a *sua sponte* dismissal. In all other respects the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court.

October 30, 2001

Date

Sean J. McLaughlin

United States District Court