UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
OBIDIMKPA U. IKEZUAGU,         )
                               )
     Plaintiff,                )
                               )
     v.                        )     Civil Action No. 06-634   (GK)
                               )
BANK OF AMERICA, N.A.,         )
                               )
     Defendant.                )
_____)
```

**O R D E R**

This matter comes before the Court upon Defendant's Motion to Dismiss [Dkt. No. 4].  Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to Defendant's Motion to Dismiss [Dkt. No. 4] no later than **May 17, 2006.**  If Plaintiff fails to respond, or to request additional time in which to

respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

|  |  |
|---|---|
| April 17, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

**Copies to**: **attorneys on record via ECF and**

**OBIDIMKPA U. IKEZUAGU**
**3416 Park Place, NW**
**Washington, DC 20010**