UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBIDIMKPA U. IKEZUAGU,     )<br>                                   )<br>    Plaintiff,     )<br>                                   )<br>    v.                     )<br>                                   )<br>BANK OF AMERICA, N.A.,     )<br>                                 )<br>    Defendant.     ) | Civil Action No. 06-634 (GK) |

**O R D E R**

It is hereby

**ORDERED** that the Initial Scheduling Conference in this case is **rescheduled** for **May 26, 2006** at **10:15 a.m.** The parties are reminded that pursuant to Local Rule LcvR 16.3, a Joint Meet and Confer Statement must be filed no later than 72 hours prior to the Initial Scheduling Conference.

May 8, 2006                                      /s/
                                                 Gladys Kessler
                                                 U.S. District Judge

**Copies to: attorneys on record via ECF and**

**OBIDIMKPA U. IKEZUAGU**
**3416 Park Place, NW**
**Washington, DC 20010**