IN THE UNITED STATES DISRICT COURT.
FOR THE DISTRICT OF COLUMBIA.
333 Constitution Avenue, N.W.
Washington, DC 20001

| | |
|---|---|
| **(Obidimkpa U. Ikezuagu)** ) | |
| Plaintiff(s) ) | |
| ) | |
| Vs ) | **CASE NO.: 06 0634 (GK)** |
| ) | |
| **(Bank of America)** ) | |
| Defendants(s) ) | |

RECEIVED

MAY 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# PLAINTIFFS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f) and LCvR 16.2(a).

## A – Statement of the Case

Plaintiff re-alleges the allegations here-in a violation according to the Fair Credit Reporting Act by the Defendant's. Defendant's has Duty to furnishers of information to provide accurate information. The Defendant's report information with actual knowledge of errors. The Fair Credit Reporting Act stated that a person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or consciously avoids knowing that the information is inaccurate. (B) Reporting information after notice and confirmation of errors. A person shall not furnish information relating to a consumer to any consumer reporting agency if (i) the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and (ii) the information is, in fact, inaccurate. Defendant's report information with actual knowledge of errors. According to the Fair Credit Reporting Act, The Defendant's has (30) thirty days to update and report accurate information after a debts been paid. Defendant send letters on a different time reference the debts paid in full but report to the credit reporting companies pay status: a balance of $333 for more than (30) thirty months. Defendant fell to uphold Fair Credit Reporting Act and violate the plaintiff's rights of living and cause harm. Plaintiff re-alleges the

allegations of loss of opportunity, defamation, and negligence as a result of the Defendant's conduct, actions, and inaction.

## B – MAGISTRATE JURISDICTION

Plaintiff's wish to proceed to trial before a Magistrate Judge.

## C – SETTLEMENT

The Parties have discussed settlement.

## D – INITIAL DISCLOSURES

The Parties propose to exchange Initial Disclosures as described in Rule 26(a)(2) of the Federal Rules of Civil Procedure the maximum allowed by law after the scheduling order.

## E – JOINDER OF PARTIES & AMENDMENTS TO PLEADINGS.

All motions to additional parties or amend the pleadings must be filed with the maximum allowed by law after entry of the scheduling order.

## F – DISCOVERY

Discovery shall be completed within the maximum allowed by the law. Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties within the maximum allowed by law as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

## G – EXPERT DESIGNATIONS

Plaintiffs shall designate any experts with-in the maximum days allowed by law prior to the close of discovery. Plaintiffs shall file any rebuttal within the maximum days allowed by the law of Defendant's expert designation.

## H – DISPOSITIVE MOTION

Plaintiffs propose that they shall file any dispositive motions within the maximum days allowed by the law of the conclusion of discovery.

## I – PRETRIAL CONFERENCE & TRIAL

Plaintiffs wish to request for time to arrange for a counsel before scheduling for a trial.

Respectfully submitted,

By:----------------------------------.

**(Obidimkpa U. Ikezuagu)** Plaintiff(s)
3416 Park Place NW
Washington DC 20010
**Phone:**
(202) 270-5748

*******************

# CERTIFICATE OF SERVICE

*Wednesday, May 23rd 2006.*

This is to certify that on Wednesday, May 23rd 2006, a true copy of the foregoing motion Document was served by first class mail and vie email to

                        Counsel for Defendant's
                        Mary Catherine Zinsner,
                        Tameka M. Collier
                        TROUTMAN SANDERS LLP
                        1660 International Dr.
                        Suite 600
                        McLean, VA 22102

By: _____

**(Obidimkpa U. Ikezuagu)** Plaintiff(s)