IN THE UNITED STATES DISRICT COURT.
FOR THE DISTRICT OF COLUMBIA.
333 Constitution Avenue, N.W.
Washington, DC 20001

| | |
|---|---|
| (Obidimkpa U. Ikezuagu) ) | |
| Plaintiff(s) ) | |
| ) | |
| Vs ) | CASE NO.: 06 0634 (GK) |
| ) | |
| (Bank of America) ) | |
| Defendants(s) ) | |

# REQUEST FOR APPOINTED COUNSEL

This matter comes before the court on plaintiff's Motion for Request Appointed Counsel

Plaintiff, acting pro se, filed a Request asking for appointment of an attorney in this case because Plaintiffs cannot pay for an attorney now without causing substantial hardship to self or dependent family. Plaintiffs request that the court appoint a lawyer for representation.

Plaintiffs have made a "reasonably diligent effort" to obtain counsel on his own. Plaintiffs attempted to locate counsel to represent him both before and after filing his complaint. Plaintiffs contacted the DC BAR. Plaintiffs were informed that representation of the DC BAR Pro Bono system were only on a referral basic, others citing a heavy caseload,

Finally, with respect to this CASE—Plaintiffs ability to present the case without counsel--the record indicates that the issues Plaintiffs attempted to develop in this case were sufficiently complex that he might have benefited from the assistance of counsel. Plaintiffs raised numerous claims and Requesting for a Court Appointed Counsel

**RECEIVED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,



By:.

**(Obidimkpa U. Ikezuagu)** Plaintiff(s)
3416 Park Place NW
Washington DC 20010
**Phone:**
(202) 270-5748

Counsel for Bank of America, N.A
Mary Catherine Zinsner
Tameka M. Collies
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia 22120
(703) 734-4334

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# CERTIFICATE OF SERVICE

*Monday, June 26, 2006.*

This is to certify that on Monday, June 26, 2006, a true copy of the foregoing motion Document was served by first class mail and vie email to

Counsel for Defendant's
Mary Catherine Zinsner,
Tameka M. Collier
TROUTMAN SANDERS LLP
1660 International Dr.
Suite 600
McLean, VA 22102

By: ------------*[signature]*------- . (Obidimkpa U. Ikezuagu) Plaintiff(s)