IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBIDIMKPA U. IKEZUAGU, )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>BANK OF AMERICA, N.A., )<br> )<br>      Defendant. ) | Civil No. 1:06cv00634 (GK) |

## ORDER GRANTING BANK OF AMERICA'S MOTION TO DISMISS

This matter came before the Court on Bank of America's Motion to Dismiss the Complaint filed by Plaintiff Obidimkpa U. Ikezuagu. Upon consideration of the motion and the memoranda submitted by the parties, for good cause shown it is, this _____ day of _____, 2006, hereby

ORDERED that Bank of America's Motion to Dismiss be and is hereby GRANTED. Plaintiff's Complaint is dismissed with prejudice.

The Clerk is directed to send an attested copy of this order to counsel of record.

_____
Judge, United Stated District Court
for the District of Columbia

Copies to:

Mary Catherine Zinsner, Esquire
Tameka M. Collier, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102


Obidimkpa U. Ikezuagu, *Pro Se*
3416 Park Place, NW
Washington, D.C. 20010


#285508v1