UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
OBIDIMKPA U. IKEZUAGU,        )
                              )
     Plaintiff,               )
                              )
     v.                       )     Civil Action No. 06-634 (GK)
                              )
BANK OF AMERICA N.A.,         )
_____                     )
                              )
     Defendant.               )
_____)
```

### **O R D E R**

This matter is now before the Court upon Defendant's Motion to Dismiss for Lack of Prosecution [Dkt. No. 17]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the Motion to Dismiss by Defendant Bank of America no later than **November 10, 2006.** If Plaintiff fails to respond, or to request additional time in which

to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

October 10, 2006
/s/
Gladys Kessler
U.S. District Judge

**Copies to: attorneys on record via ECF and**

**OBIDIMKPA U. IKEZUAGU**
**3416 Park Place, NW**
**Washington, DC 20010**