UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
OBIDIMKPA U. IKEZUAGU,         )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-634 (GK)
                               )
BANK OF AMERICA, N.A.,         )
                               )
        Defendant.             )
_____)
```

### O R D E R

A Status Conference was held in this case on November 6, 2006. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that by **November 13, 2006,** Plaintiff shall file with the Court, with copy to counsel for the Defendant, a statement indicating whether Plaintiff is represented by counsel and whether he wishes to discuss resolution of the case with Defendant's counsel. If Plaintiff fails to file this statement, the Court will proceed to rule on the pending Motions to Dismiss.

November 6, 2006
/s/
GLADYS KESSLER
U.S. District Judge

**Copies to**: attorneys on record via ECF and

**OBIDIMKPA U. IKEZUAGU**
**3416 Park Place, NW**
**Washington, DC 20010**