IN THE UNITED STATES DISRICT COURT.
FOR THE DISTRICT OF COLUMBIA.
333 Constitution Avenue, N.W.
Washington, DC 20001

| | | |
|---|---|---|
| **(Obidimkpa U. Ikezuagu)** | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| Vs | ) | **CASE NO.: 06 0634 (GK)** |
| | ) | |
| **(Bank of America)** | ) | |
| Defendants(s) | ) | |

# PLAINTIFFS STATEMENT/REPORT

Plaintiffs wish to inform the Court as of today November 13th 2006, that Plaintiff's has not been able to obtain a legal counsel. Plaintiff's also wish to discuss resolution of this case with Defendant's counsel.

Respectfully submitted,

By:--------------------------------.

**(Obidimkpa U. Ikezuagu)** Plaintiff(s)
3416 Park Place NW
Washington DC 20010
**Phone:**
(202) 270-5748

******************

**RECEIVED**

NOV 1 3 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

---

# CERTIFICATE OF SERVICE

*Monday, November 13, 2006.*

This is to certify that on Monday, November 13th, 2006, a true copy of the foregoing motion Document was served by email & first class mail to

                Counsel for Defendant's
                Mary Catherine Zinsner,
                Tameka M. Collier
                TROUTMAN SANDERS LLP
                1660 International Dr.
                Suite 600
                McLean, VA 22102

By:------------------------------.

**(Obidimkpa U. Ikezuagu)** Plaintiff(s)
3416 Park Place NW
Washington DC 20010
**Phone:**
(202) 270-5748