UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
OBIDIMKPA U. IKEZUAGU,         )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 06-634 (GK)
                               )
BANK OF AMERICA, N.A.,         )
                               )
        Defendant.             )
_____)
```

**ORDER**

On November 6, 2006, the Court ordered Plaintiff to file by November 13, 2006 a statement indicating whether he is represented by counsel and whether he wishes to discuss resolution of the case with Defendant's counsel. On November 13, 2006, Plaintiff duly filed a statement indicating that he "has not been able to obtain legal counsel" and that he "wish[ed] to discuss resolution of this case with Defendant's counsel." Accordingly, it is hereby

**ORDERED** that the parties file **no later than December 22, 2006** a joint praecipe informing the Court of the status of their negotiations.

December 15, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF and
**OBIDIMKPA U. IKEZUAGU**
**3416 Park Place, NW**
**Washington, DC 20010**