IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBIDIMKPA U. IKEZUAGU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., )<br>)<br>Defendant. ) | Civil No. 1:06cv00634 (GK)<br>Next Calendar Event: TBD |

### NOTICE - STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rule of Civil Procedure, Obidimkpa U. Ikezuagu ("Plaintiff"), *Pro Se*, and Bank of America, N.A., by counsel, ("Defendants"), who together represent that all claims in this litigation have been fully and finally settled by agreement among the parties, stipulate, agree and consent to the Dismissal, With Prejudice, of all claims asserted in this action effective as of the date of the filing of this Notice.

 /s/ Tameka M. Collier  
Mary Catherine Zinsner, D.C. Bar No. 430091  
Tameka M. Collier, D.C. Bar No. 488979  
Troutman Sanders LLP  
1660 International Drive, Suite 600  
McLean, VA  22102  
Telephone:  (703) 734-4326  
Facsimile:  (703) 448-6520  

*Counsel for Bank of America, N.A.*

 /s/ Obidimkpa U. Ikezuagu  
Obidimkpa U. Ikezuagu, *Pro Se*  
3416 Park Place, NW  
Washington, DC 20010  
Telephone:  (202) 270-5748  

*1036071v1*